**Kempton Farmers Elevator Company, appellee, v. James E. Bennett, trading as James E. Bennett & Company, appellant. Gen. No. 7,301.**

Assumpsit for grain sold, etc. Judgment for plaintiff. Appeal from the Circuit Court of Kankakee county; the Hon. Frederick A. Hill, Judge, presiding. Heard in this court at the October term, 1923. Reversed and remanded. Opinion filed April 10, 1924.

Moses, Rosenthal & Kennedy and C. M. Clay Buntain, for appellant; Walter Bachrach and Walter H. Moses, of counsel. W. R. Hunter and W. H. Dyer, for appellee.

Mr. Justice Jett delivered the opinion of the court.